GIUSEPPE GALBO, Respondent, v. GIUSEPPINA GALBO, Appellant.— Order reversed, without costs, and matter remitted to the Special Term, Westchester county, for further proceedings, with leave to both parties to submit additional affidavits. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

CHARLES KARSH, Respondent, v. WALTER SCHEDLER, Appellant.— The agreement and lease indicate an intention of the parties that the premises in question were to be conveyed as security, the conveyance operating as a mortgage. Respondent must, therefore, be relegated to his action in foreclosure. The order of the County court of Rockland county is reversed, with ten dollars costs and disbursements. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

KINGS COUNTY LIGHTING COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant. (Appeal No. 2.)— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Blackmar and Jaycox, JJ.

EDWARD L. MANAHAN, Respondent, v. THE W. J. FEELEY COMPANY, a Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

ELIZABETH M. ROSENWASSER, Respondent, v. PHILIP ROSENWASSER, Appellant.— Order modified as to paragraph XI of the complaint, respecting the allegation of defendant's commission of adultery with other women. As to that allegation the plaintiff should specify with reasonable certainty the names of the " other women," and fix the time and place where the acts are claimed to have occurred from which " inference of their criminal intimacy may be drawn." As modified the order is affirmed, without costs. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur. Settle order before Mr. Justice Rich.

ELMER G. STORY, Appellant, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.

CHARLES J. THEARD, as Executor, etc., of NELVILLE M. CHAURANT, Deceased, Appellant, v. ABRAHAM E. CONE and Others, Defendants, Impleaded with MINNIE F. DIETZ and HENRY DIETZ, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of THOMAS W. GREGORY for Admission to the Bar. (From the State of Texas.)— Application granted. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.